BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 1:10-cr-23 AWI
) 
Plaintiff, )
)
) ~~(Proposed)~~ ORDER REDUCING
v. ) DEFENDANT's SENTENCE
) (Fed.R.Crim.P. 35(b)(2)((C); U.S.S.G. § 5K1.1,
VICTOR LUA, ) 18 U.S.C. § 3553(f))
)
Defendant. )
) Honorable Anthony W. Ishii
)

The United States of America, by and through BENJAMIN B. WAGNER, the United States Attorney for the Eastern District of California, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant, by and through his attorney Dale Blickenstaff, having stipulated and moved to reduce the defendant's sentence by 40% in recognition of the defendant's substantial assistance to the government, and GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the defendant's sentence shall be reduced by 25 months to a term of 38 months.

IT IS FURTHER ORDERED that an amended judgement shall be entered reflecting this reduction.

IT IS SO ORDERED.

Dated: June 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1